

## TO THE COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

Dear Eliizabeth,

My name is Gary Biesenbach, and currently at this time representing myself In this matter. I am a Fire Fighter for the City of San Antonio. I was hired in Nov. of 1988 and indefinatly suspended AUG. 30,2007.I appealed the suspention. In aug.of 2009; I was awarded Full Reinstatement with Back Pay as well as Attorney fees. I was reinstated by Hearing Examiner, Mr. Norman Bennet, who was on a pre-selected panel, agreed upon by the city of san antonio and local 624.

On July 17,2013 the fourth courts judgment was released on case No. 04-11-00900-CV.The citys cause was dissmised and the underlying court over-turned in Judge Negrons court.

This is almost two years the City has not had an appeal on my full reinstatement; but still refuse to let me return to my career and move forward ;putting my family and myself back on trac. It is my hope that this to much time and the Mandate issued by your court was not folled by the city.In order to set the amount of back-pay it must not be accuing and would have me back at work,wich is not the citys intentions of letting happen.

This has gone on now for 8 years, and in the words of the late Mayo Galido is an" Odessy".

I am asking and praying to the Fourth Court, if there is anything it can do to help me, and to keep this from dragging on any longer,waisting the judicial process valuable time.

Thank You for your intest in this matter,your time and consideration.

Sincerely,

Gary Biesenbach    gbiesenbach12@gmail.com    (830)431-3993

*Gary Biesenbach*   7-2-15

KEITH E. HOTTLE, CLERK

2015 JUL -2 PM 4: 20

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS



# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-11-00900-CV

Gary BIESENBACH,
Appellant

v.

**THE CITY OF SAN ANTONIO,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-13675
Honorable Victor Negron, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the underlying cause is DISMISSED without prejudice to the rights of either party to appeal a final decision of the hearing examiner. It is ORDERED that the appellant, Gary Biesenbach, recover his costs of this appeal from the appellee, The City of San Antonio.

SIGNED July 17, 2013.

Karen Angelini, Justice

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-11-00900-CV

**Gary Biesenbach**

v.

**The City of San Antonio**

(NO. 2009-CI-13675 IN 73RD JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | PAID | CITY OF SAN ANTONIO |
| MOTION FEE | $10.00 | PAID | SHAWN FITZPATRICK |
| MOTION FEE | $10.00 | PAID | SHAWN FITZPATRICK |
| MOTION FEE | $10.00 | E-PAID | ROGERS & MOORE |
| CLERK'S RECORD | $634.00 | PAID | |
| FILING | $175.00 | INDIGENT | |

Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, KEITH E. HOTTLE, CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

IN TESTIMONY WHEREOF, witness my hand and the Seal of the COURT OF APPEALS for the Fourth District of Texas, this October 22, 2013.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853